1  DANIEL J. BRODERICK, #89424
Federal Defender
2  MARC DAYS, CA Bar #184098
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  Isidro Mendoza-Chavez

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )    NO. 1:09-cr-00182 AWI-DLB
                                           )
12                     Plaintiff,          )    ORDER FOR PSYCHIATRIC OR
                                           )    PSYCHOLOGICAL EXAMINATION
13         v.                              )    PURSUANT TO 18 U.S.C. 4241(b)
                                           )
14  ISIDRO MENDOZA-CHAVEZ,                 )
                                           )    Judge:  Hon. Dennis L. Beck
15                     Defendant.          )
                                           )
16  _____  )

17

18         IT IS ORDERED that pursuant to 18 U.S.C. 4241(b) a psychiatric or psychological examination of

19  the defendant be conducted and that a psychiatric or psychological report be filed with the court pursuant

20  to the provisions of 18 U.S.C. 4247(b) and (c).

21         IT IS SO ORDERED.

22     Dated:    **November 15, 2012**              _____ **/s/ Dennis L. Beck** _____
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28