1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09-CR-00182 AWI BAM |
| Plaintiff, | **ORDER SEALING DOCUMENTS** |
| vs. | |
| ISIDRO MENDOZA-CHAVEZ, | |
| Defendant. | |
| _____/ | |

        On November 15, 2012, this Court ordered defendant to psychiatric or psychological examination pursuant to 18 U.S.C. §4241(b).   The report of the examination has been submitted to the Court and will be filed pursuant to 18 U.S.C. §4241(b) and Local Rule 141.

        For good cause that the documents contain confidential medical evidence, the Cover Letter by Warden Thomas and the Forensic Evaluation by Lisa Hope, Psy.D., Chief/Forensic Psychologist shall be filed under seal.

        IT IS SO ORDERED.

**Dated:   February 28, 2013**          _____/s/ **Barbara A. McAuliffe**_____
                                        UNITED STATES MAGISTRATE JUDGE

1