1
2
3
4
5
6
7        **IN THE UNITED STATES DISTRICT COURT**
8        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9
10   UNITED STATES OF AMERICA,                    CASE NO. 09-CR-00182 AWI BAM

11                    Plaintiff,                  **ORDER ADOPTING FINDINGS AND**
                                                  **RECOMMENDATIONS**
12                                                **THAT DEFENDANT BE FOUND NOT**
         vs.                                      **COMPETENT TO PROCEED TO TRIAL**
13
     ISIDRO MENDOZA-CHAVEZ,
14
                     Defendant.
15   _____/

16           On March 1, 2013, the Magistrate Judge issued Findings and Recommendations that

17   defendant Isidro Mendoza-Chavez be found mentally incompetent and be committed to the custody

18   of the Attorney General, pursuant to 18 U.S.C. §4241(d)(1).  (Doc. 32.)  The Findings and

19   Recommendations also contained recommendations that the court be informed within a 120-day

20   period whether defendant will attain the capacity to permit the trial to proceed.  These Findings and

21   Recommendations contained notice that any objections to the Findings and Recommendations were

22   to be filed within ten (10) days.  On March 1, 2013, the government filed a "Notice of Non-

23   opposition to Findings and Recommendations."  (Doc. 36.)  Also on March 1, 2013, defendant filed

24   a "Notice of No Objections to Findings and Recommendations." (Doc. 37.)

25           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

26   *novo* review of the case.  Having carefully reviewed the entire file, and based upon the non-

27   objections, the Court finds that the Findings and Recommendations are supported by the record and

28   proper analysis.

                                                 1

1    Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations issued on

2 March 1, 2013, are ADOPTED AS FOLLOWS:

3    IT IS, THEREFORE, ORDERED that defendant Isidro Mendoza-Chavez be found, by a

4 preponderance of the evidence, to be presently suffering from a mental disease or defect rendering

5 him mentally incompetent to the extent that he is unable to understand the nature and consequences

6 of the proceedings against him or to assist properly in his defense.  It is further ORDERED that the

7 defendant be committed to the custody of the Attorney General, pursuant to 18 U.S.C. § 4241(d)(1),

8 for a reasonable period of time, not to exceed 120 days, to attempt to restore the defendant to

9 competence.

10    It is further ORDERED that prior to the expiration of the 120-day period, the court be

11 advised whether there is a substantial probability that in the foreseeable future, the defendant will

12 attain the capacity to permit the trial to proceed, and whether commitment is necessary for an

13 additional reasonable period of time until:

14    (a)    his mental condition is so improved that trial may proceed, if the court finds

15         that there is a substantial probability that within such additional period of time

16         he will attain the capacity to permit the trial to proceed; or

17    (b)    the pending charges against him are disposed of according to law; whichever

18         is earlier.

19

20 IT IS SO ORDERED.

21

Dated:    March 4, 2013    _____

22                    SENIOR  DISTRICT  JUDGE

23

24

25

26

27

28

2