HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
ISIDRO MENDOZA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:09-cr-00182 AWI |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET HEARING FOR CHANGE OF PLEA |
| vs. | DATE: July 28, 2014 |
| ISIDRO MENDOZA-CHAVEZ, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney, Mia A. Giacomazzi, Counsel for Plaintiff, and Assistant Federal Defender, Marc Days, Counsel for Defendant, Isidro Mendoza-Chavez, that that the case be set for change of plea hearing on July 28, 2014, at 10:00 a.m.

The parties have entered into a plea agreement and have agreed to set the matter for change of plea July 28, 2014.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  June 25, 2014 | /s/  *Mia A. Giacomazzi*<br>MIA A. GIACOMAZZI<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  June 25, 2014 | /s/  *Marc Days*<br>MARC DAYS<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ISIDRO MENDOZA-CHAVEZ |

**O R D E R**

IT IS SO ORDERED.

Dated:  June 26, 2014

_____
SENIOR  DISTRICT  JUDGE

Mendoza-Chavez Stipulation
To Set Hearing for COP

2